UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| TOMIKA R. THOMPSON,<br><br>Plaintiff,<br><br>v.<br><br>SOUTH OF MARKET HEALTH CENTER, et al.,<br><br>Defendants. | Case No. 19-cv-07904-JCS<br>*Also Filed in Case No. 19-cv-06482-LB*<br><br>**SUA SPONTE REFERRAL TO DETERMINE WHETHER CASES ARE RELATED** |
|---|---|

Plaintiff Tomika Thompson asserts claims related to employment discrimination against Defendants South of Market Health Center ("SOMHC") and two of its officers, Charles Range and Cristina Sprague. Among the conduct at issue in Thompson's complaint is an allegation that Range used hostile and purportedly discriminatory language regarding Thompson's then-supervisor Dr. Gwen Rowe-Lee. *See* Compl. (dkt. 1) ¶ 54. Thompson's portion of the parties' case management statement (dkt. 21), filed on May 15, 2020, references a separate action filed by Dr. Rowe-Lee, represented by the same counsel as Thompson, against SOMHC and Range.[1] Dr. Rowe-Lee's complaint also references purportedly discriminatory treatment of Thompson. *Rowe-Lee v. S. of Mkt. Health Ctr.*, No. 19-cv-06482-LB, ECF Doc. No. 1 at ¶¶ 33(d), 41(d), 43 (N.D. Cal. Oct. 9, 2019) (complaint). The Honorable Laurel Beeler granted a motion to dismiss some of the claims at issue in *Rowe-Lee* on May 7, 2020, which raised some of the same arguments presented in Defendants' motion to dismiss (dkt. 7) that is pending in this case. *See Rowe-Lee v. S. of Mkt. Health Ctr.*, No. 19-cv-06482-LB, 2020 WL 2219032 (N.D. Cal. May 7, 2020).

This case is therefore REFERRED to Judge Beeler pursuant to Civil Local Rule 3-12(c) to

---

[1] The case management statement also notes another potentially related case, *Barnes-Perrilliat v. South of Market Health Center*, No. 20-cv-02368-KAW (N.D. Cal.). The Court expresses no view at this time as to whether the subsequently-filed *Barnes-Perrilliat* case is related either to this case or to *Rowe-Lee*.

determine whether it is related to *Rowe-Lee*. Any party may file a response supporting or opposing finding the cases related no later than May 22, 2020. *See* Civ. L.R. 3-12(c), 3-12(e), 7-11(b). The hearing and case management conference set for May 22, 2020 are CONTINUED to June 12, 2020 at 9:30 AM, and may be continued further if Judge Beeler finds the cases related.

**IT IS SO ORDERED.**

Dated: May 18, 2020

JOSEPH C. SPERO
Chief Magistrate Judge