# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| GWEN ROWE LEE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SOUTH OF MARKET HEALTH CENTER,<br><br>　　　　Defendant. | Case No. 19-cv-06482-LB<br><br>**ORDER REGARDING DISCOVERY AND ORDER TO SHOW CAUSE**<br><br>Re: ECF No. 66 (19-cv-06482-LB) |
| TOMIKA R THOMPSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SOUTH OF MARKET HEALTH CENTER,<br><br>　　　　Defendant. | Case No. 19-cv-07904-LB |
| ANASTASIA BARNES-PERRILLIAT,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SOUTH OF MARKET HEALTH CENTER,<br><br>　　　　Defendant. | Case No. 20-cv-02368-LB |

ORDER – Nos. 19-cv-06482-LB, 19-cv-07904-LB, 20-cv-02368-LB

The plaintiffs' counsel has not responded to the defendant's discovery requests, including its requests to meet and confer to resolve any disputes, in these three related cases.[1] The defendant thus moved for leave to file a motion to compel discovery responses and a motion for sanctions.[2] On July 6, 2021, the court issued an order to show cause why the court should not grant the defendant's motions, ordered the plaintiffs' counsel to cure any issues by July 8, 2021, and set a show-cause hearing on July 15, 2021.[3] The plaintiffs' counsel did not respond to the court's order or appear at the July 15 hearing.[4] One plaintiff — Anastasia Barnes-Perrilliat — appeared and said that she had not been able to reach her attorney and was concerned that she might be ill. The defendant's counsel also raised concerns about pending discovery and case deadlines.

Under the circumstances, the court stayed any discovery or other deadlines, at least as to the defendant. The court reiterates its previous order to the plaintiffs' counsel that she must respond to the defendant's requests and risks sanctions if she does not. The court also authorized the defendant to file any sanctions motion and set a further show-cause hearing for August 19, 2021 at 9:30 a.m.

**IT IS SO ORDERED.**

Dated: July 19, 2021

_____
LAUREL BEELER
United States Magistrate Judge

---

[1] Defendant's Discovery Letters – ECF Nos. 61, 63. Citations refer to material in the Electronic Case File (ECF); pinpoint citations are to the ECF-generated page numbers at the top of documents. Unless otherwise specified, this order cites the *Lee* docket, No. 3:19-cv-06482-LB.

[2] Discovery Letter – ECF No. 63 at 3.

[3] Order to Show Cause – ECF No. 66 at 1–3.

[4] *See generally* docket; Defendant's Response to OSC – ECF No. 68.

ORDER – Nos. 19-cv-06482-LB, 19-cv-07904-LB, 20-cv-02368-LB         2